# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2011

142950

ERIC L. VANDUSSEN,
        Plaintiff,

v                                     SC: 142950

COURT OF APPEALS,
        Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

      By order of April 27, 2011, this Court remanded this case to the Court of Appeals for that court to issue an explanatory order on or before May 2, 2011. On order of the Court, the Court of Appeals having issued such an order on May 2, 2011, the complaint for superintending control is again considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2011                                    _____

0503                                               Clerk